*Thursday, September 14, 1995*

## MERIT DOCKET

95–222. Allstate Ins. Co. v. Cutcher. Certified Question of State Law, No. 3–93–CV–7721. On preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court declines to answer the certified questions. Cause dismissed.

MOYER, C.J., WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent and would answer both questions.

## MOTION DOCKET

95–550. State ex rel. George v. Internal Revenue Serv. In Mandamus. On motion for judgment on the pleadings, motion for default judgment, and motion for "judgment on objection." Motions denied.

95–587, 95–588 and 95–589. Time Warner AxS v. Pub. Util. Comm. Appeals from the Public Utilities Commission of Ohio, Nos. 93–487–TP–ALT and 93–576–TP–CSS. *Sua sponte,* upon review of the briefs filed in these cases, the parties herein are given the opportunity to file supplemental briefs on the following question:

Can the Public Utilities Commission of Ohio use the alternative regulation procedures and methods set forth in R.C. Chapter 4927 to change existing rates in a case which reduce basic local exchange service rates and total jurisdictional revenues?

Each supplemental brief shall not exceed twenty-five pages and shall be filed no later than October 4, 1995. No supplemental reply briefs will be accepted.

WRIGHT and RESNICK, JJ., not participating.

## DISCIPLINARY DOCKET

95–801. Columbus Bar Assn. v. Ewing. On motion for leave to file reply brief and on motion for enlargement of time for oral argument. Motions denied.

95–1264. Cincinnati Bar Assn. v. Komarek. On response to show cause order. Paul A. Komarek, Attorney Registration No. 0036795, is found in contempt; he is suspended from the practice of law until he complies with the subpoena and fully cooperates with the investigation.

95–1301. In re Keith. On motion for stay of execution pending appeals. Motion denied.

95–1744. In re Miller. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), John Robert Miller of Akron, Ohio, Attorney Registration No. 0015201, is indefinitely suspended from the practice of law in the state of Ohio.

95–1776. In re Kraig. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Jerry B. Kraig of Cleveland, Ohio, Attorney Registration No. 0012813, is indefinitely suspended from the practice of law in the state of Ohio.

*Monday, September 18, 1995*

## MERIT DOCKET

95–1790. State ex rel. Szekely v. Lorain Cty. Bd. of Elections. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration thereof, IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.